Appellate Division, Second Department. May 21, 1914.) Action by Abraham Levine against the Hartman Realty Company and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements. As the justice at Special Term imposed conditions, on granting this motion, which protect plaintiff from delays arising from this joinder of additional defendants, such exercise of his discretion will not be reviewed on appeal. His holding that it is better to dispose of respondents' claim in this action, rather than leave a door open for further litigation, accords with the authorities. 30 Cyc. 128. Apparently through the joinder of these defendants, a single judgment may end the controversy. We think, however, that the only question which Cass & Apfel can raise in this action is whether plaintiff is the owner absolutely of the bond and mortgage, and entitled to recover the amount secured thereby, after crediting payments thereon, or is the owner of a fractional part thereof.

LEXINGTON SHEET METAL WORKS v. LIBMAN CONTRACTING CO. (Supreme Court, Appellate Term, First Department. May 7, 1914.) Appeal from Municipal Court, Borough of the Bronx, Second District. Action by the Lexington Sheet Metal Works against the Libman Contracting Company. From a judgment for plaintiff, defendant appeals. Reversed, and complaint dismissed. House, Grossman & Vorhaus, of New York City, for appellant. Julius D. Tobias, of New York City, for respondent.

PAGE, J. The complaint did not sufficiently allege performance (Code of Civil Procedure, § 533; Rosenthal v. Rubin, 148 App. Div. 44, 132 N. Y. Supp. 1053, and cases cited), nor did the plaintiff prove performance of the contract according to the terms thereof. Judgment reversed, with costs, and complaint dismissed, with costs, without prejudice to a new action. All concur.

LIGHT, Respondent, v. FISCHER, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Fannie Light against Louis Fischer. W. G. Evans, of New York City, for appellant. H. L. Scheuerman, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LINDNER, Respondent, v. HOPKINS et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Action by Helena Lindner against Clarence E. Hopkins and another. No opinion. Motion denied, with $10 costs, without prejudice to an application at Special Term. Hansen v. Walsh, 117 App. Div. 39, 101 N. Y. Supp. 1061. See, also, 155 App. Div. 918, 140 N. Y. Supp. 1128.

LING, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by George W. Ling against the International Railway Company. No opinion. Order of Special Term reversed, and judgment of City Court reinstated, with costs to the appellant in this court and at Special Term.

LITTLE v. MARTIN. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Joseph J. Little against Lucius T. Martin as executor. No opinion. Motion denied, with $10 costs. Order filed. See, also, 146 N. Y. Supp. 1098.

LO BELLO, Appellant, v. CURTICE BROS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Josephine Lo Bello, an infant, etc., against the Curtice Bros. Company. No opinion. Judgment affirmed, with costs.

LOBROVICO, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Giovani B. Lobrovico against the City of New York. W. E. C. Mayer, of New York City, for appellant. W. C. Low, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on former opinion. 155 App. Div. 184, 140 N. Y. Supp. 161. Order filed.

INGRAHAM, P. J., and LAUGHLIN, J., dissent, on former dissenting opinion.

LOCKWOOD et al., Respondents, v. TITLE INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Thomas B. Lockwood and another against the Title Insurance Company of New York.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 73 Misc. Rep. 296, 130 N. Y. Supp. 824.

FOOTE, J., dissents.

LOEFFLER et al., Appellants, v. LOEFFLER, Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by George E. Loeffler and another, as executors, etc., of George Loeffler, deceased, against Henry Loeffler. No opinion. Judgment affirmed, with costs.

LONG et al., Appellants, v. LEBANON NAT. BANK, Respondent, et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Franklin B. Long and others against the Lebanon National Bank, impleaded, etc. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellants comply with terms stated in order. Order filed.

LOW, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) Action by Marian Low, individually and as sole executrix of the last will and testament of A. Augustus Low, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

LUBERWITZ, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Samuel Luberwitz against Daniel Friedman.

PER CURIAM. Under the proofs in this case, the sole question to be submitted to the jury was whether the defendant master was in